# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM USCHOLD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CARRIAGE SERVICES, INC.,<br><br>    Defendant. | Case No. 17-cv-04424-JSW<br><br>**ORDER TO SHOW CAUSE** |

This case was scheduled for an initial case management conference on August 10, 2018. When the Court originally set the case management conference, it ordered that "the parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." Although the case management conference has been continued several times, the Court has never excused lead counsel from appearing.

Lead counsel for Plaintiff failed to appear at the case management conference. Accordingly, lead counsel Na'il Benjamin is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 based on his failure to comply with the Court's Order requiring lead counsel to appear at the case management conference.

The response to this Order to Show Cause is due no later than August 20, 2018.

IT IS SO ORDERED.

Dated: August 13, 2018

_____
JEFFREY S. WHITE
United States District Judge