UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM USCHOLD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CARRIAGE SERVICES, INC.,<br><br>    Defendant. | Case No.17-cv-04424-JSW  (EDL)<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

On March 14, 2019, the Court received an email from Plaintiffs' counsel, copying counsel for Defendant, requesting a discovery conference. According to the email, the parties disagree on the proper interpretation of the Court's January 17, 2019 discovery order as it concerns the waiver of objections, particularly objections on the grounds of attorney-client privilege and work product protection, and declarations from Plaintiffs regarding steps they have taken to obtain and produce responsive documents.

The Court sets a telephonic discovery conference with the parties on Tuesday March 19, 2019 at 10:30 a.m. By Monday March 18, 2019 at 12:00 p.m., each side must file a letter of no more than two pages setting forth their respective positions, as well as contact the Court's Courtroom Deputy at 415-522-3694 to make arrangements for their telephonic appearances.

**IT IS SO ORDERED.**

Dated: March 15, 2019

ELIZABETH D. LAPORTE
United States Magistrate Judge