1  BENJAMIN LAW GROUP, P.C.
   Na'il Benjamin (SBN 240354)
2  1290 B Street, Suite 314
   Hayward, California 94541
3  Telephone: (510) 897-9967
   Facsimile:  (510) 439-2632
4  nbenjamin@benjaminlawgroup.com

5  Attorney for Plaintiffs:
   WILLIAM USCHOLD, JOSE ALAMENDAREZ,
6  TIANA NAPLES, and TON SAECHAO

7  SHOOK, HARDY & BACON L.L.P.
8  Amir Nassihi (SBN 235936)
   anassihi@shb .com
9  Andrew L. Chang (SBN 222309)
   achang@shb.com
10 One Montgomery, Suite 2700
   San Francisco, California 94104-4505
11 Tel: 415.544.1900
12 Fax: 415.391.0281

13 Attorneys for Defendant
   CARRIAGE SERVICES, INC.
14

15          **IN THE UNITED STATES DISTRICT COURT**

16          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

18

| | |
|---|---|
| WILLIAM USCHOLD, JOSE ALAMENDAREZ. TIANA NAPLES, and TON SAECHAO, each individually and on behalf of others similarly situated, | Case No.:  4:17-cv-04424-JSW |
| Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL OF THE CASE WITH PREJUDICE AND ORDER** |
| v. | |
| CARRIAGE SERVICES, INC, and DOES 1-50, inclusive, | |
| Defendants. | |

28

1

1       IT IS HEREBY STIPULATED by and between the parties to this action through their

2   designated counsels that the above action be and hereby is dismissed with prejudice pursuant to

3   FRCP 41(a)(1)(ii) in its entirety with each party to bear its own attorney's fees and costs.

4

5   Dated:  August 18, 2020                          BENJAMIN LAW GROUP, P.C.

6

7                                                    By: _____
                                                         NA'IL BENJAMIN
8

9                                                    Attorneys for Plaintiffs

10

11  Dated:  August 18, 2020                          SHOOK, HARDY & BACON L.L.P.

12

13                                                   By:   /s/ Andrew Chang
                                                           ANDREW L. CHANG
14

15                                                   Attorneys for Defendant
                                                     Carriage Services, Inc.
16

17

18                                    **ATTESTATION**

19      Concurrence in the filing of this document has been obtained from each of the

20  individual(s) whose electronic signature is attributed above.

21

22

23  Dated:  August 18, 2020            _____
                                       Na'il Benjamin
24                                     BENJAMIN LAW GROUP, P.C.

25                                     Attorney for Plaintiffs

26

27

28
                                              2
PARTIES' JOINT STIPULATION FOR DISMISSAL OF THE CASE WITH PREJUDICE
Case No.  4:17-cv-04424-JSW

1

## **ORDER**

2

3
Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

4
**IT IS SO ORDERED**.

5

6

7
DATED:   August 18, 2020      .          _____
HON. JEFFREY S. WHITE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PARTIES' JOINT STIPULATION FOR DISMISSAL OF THE CASE WITH PREJUDICE
Case No.  4:17-cv-04424-JSW